```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :          22-MJ-5751
                          -v-                                           :          22-MJ-5993
                                                                        :       22-CR-____ (JMF)
JOSE IRIZARRY and JONATHAN GRULLON,                                     :
                                                                        :       SCHEDULING ORDER
                          Defendants.                                   :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a waiver of indictment, arraignment, and pretrial conference in this matter on **January 27, 2023** at **2:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

    SO ORDERED.

Dated: January 19, 2023  
       New York, New York

                                                            JESSE M. FURMAN  
                                                        United States District Judge